# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | No. 2462 Disciplinary Docket No. 3 |
| | : | |
| JAMES DELBERT FROST | : | Board File No. C4-15-753 |
| | : | |
| | : | Attorney Registration No. 24831 |
| | : | |
| | : | (Allegheny County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of April, 2018, upon consideration of the Certificate of Admission of Disability by Attorney, James Delbert Frost is immediately transferred to inactive status for an indefinite period and until further Order of the Court. *See* Pa.R.D.E. 301(e). He shall comply with all the provisions of Pa.R.D.E. 217.

All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.